**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**TREVOR LEWIS,**

                **Plaintiff,**

      v.                                           **9:12-CV-1237**
                                                         **(FJS/DEP)**

**SGT. SENIO, Binghamton Police Department;**
**T.A. BRADY, Investigator, Binghamton Police Department;**
**P. DEANGELO, Investigator, Binghamton Police Department;**
**KITTLE, Detective, Binghamton Police Department;**
**BRENNER, Detective, Binghamton Police Department;**
**GAZDIK, Patrolman, Binghamton Police Department;**
**PAVELSKI, Patrolman, Binghamton Police Department;**
**and DEMER, Patrolman, Binghamton Police Department,**

                **Defendants.**
_____

| **APPEARANCES** | **OF COUNSEL** |
|---|---|
| **TREVOR LEWIS,**<br>Broome County Correctional Facility<br>P. O. Box 2047<br>Binghamton, New York 13902-2047<br>Plaintiff *pro se* | |
| **CITY OF BINGHAMTON**<br>**CORPORATION COUNSEL**<br>City Hall<br>38 Hawley Street<br>Binghamton, New York 13901<br>Attorneys for Defendants Brady, DeAngelo,<br>  Demer, Ganzdik, Paveski, and Senio | **BRIAN M. SEACHRIST, ESQ.** |
| **OFFICE OF BROOME COUNTY**<br>**ATTORNEY**<br>44 Hawley Street<br>P. O. Box 1766<br>Binghamton, New York 13902-1766<br>Attorneys for Defendant Kittle | **JENNIFER L. KATZ, ESQ.** |

GOLDBERG, SEGALLA LLP                    SANDRA J. SABOURIN, ESQ.
5786 Widewaters Parkway
Syracuse, New York  13214
Attorneys for Defendant Brenner

**SCULLIN, Senior Judge**

# ORDER

Currently before the Court is Magistrate Judge Peebles' July 17, 2013 Report and Recommendation in which he recommended that the Court dismiss Plaintiff's complaint and deny the pending motion to dismiss, *see* Docket No. 19, as moot.  The parties did not file any objections to these recommendations.

When a party does not object to a magistrate judge's report-recommendation, the court reviews that report-recommendation for clear error or manifest injustice. *See Linares v. Mahunik*, No. 9:05-CV-625, 2009 WL 3165660, *10 (N.D.N.Y. July 16, 2009) (citation and footnote omitted).  After conducting this review, "the Court may 'accept, reject, or modify in whole or in part, the . . . recommendations made by the magistrate judge.'" *Id*. (quoting 28 U.S.C. § 636(b)(1)(C)).

The Court has reviewed Magistrate Judge Peebles' July 17, 2013 Report and Recommendation for clear error and manifest injustice; and, finding none, the Court hereby

**ORDERS** that Magistrate Judge Peebles' July 17, 2013 Report and Recommendation is **ACCEPTED in its entirety** for the reasons stated therein; and the Court further

**ORDERS** that Plaintiff's complaint is dismissed in its entirety; and the Court further

**ORDERS** that Defendants' motion to dismiss is **DENIED** as moot; and the Court further

**ORDERS** that the Clerk of the Court shall serve a copy of this Order on the parties in accordance with the Local Rules.

**IT IS SO ORDERED**.

Dated: August 14, 2013
      Syracuse, New York

                                      Frederick J. Scullin, Jr.
                                      Senior United States District Court Judge